IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN WILLIAMS                                                                                      PLAINTIFF

v.                                      Case No. 6:22-cv-6042

BERRY GLOBAL, INC.                                                                           DEFENDANT

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 16) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge